■ JERRY RAWSON et al., Plaintiffs, v PYRAMID CHAMPLAIN COMPANY, Also Known as PYRAMID COMPANIES, Defendant and Third-Party Plaintiff-Appellant, et al., Defendants. APPLE ROOFING CORP., Third-Party Defendant-Respondent. [600 NYS2d 672] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly granted summary judgment dismissing the third-party action on the ground that the real party in interest, CNA Insurance Companies, is attempting through the third-party action to be subrogated to a claim against its own insured *(see, Pennsylvania Gen. Ins. Co. v Austin Powder Co.,* 68 NY2d 465, 468; *Fowler v Stillwater Assocs.,* 169 AD2d 226, 227-228). Further, by requiring third-party defendant to procure insurance naming itself as an additional insured, third-party plaintiff waived any right of contribution or common-law indemnity up to the limits of the policies *(see, Rocovich v Consolidated Edison Co.,* 167 AD2d 524, 526, *affd* 78 NY2d 509; *Michalak v Consolidated Edison Co.,* 166 AD2d 213, 214, *lv dismissed* 77 NY2d 989). (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Lawton and Davis, JJ.